# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAVID SLOAN et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No: **08-CV-2571 JAR/DJW** |
| | ) |
| **BLAKE F. OVERTON et al.,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## SUGGESTION OF DEATH ON THE RECORD

COMES NOW the Plaintiffs, David Sloan personally, and David Sloan as the personal representative of the Estate of Christopher Sloan and hereby advises the Court that Separate Defendant Blake Overton died on January 24, 2009.

**THE BACKER LAW FIRM, LLC**

By:      /s/ Joseph M. Backer
JOSEPH M. BACKER          KS14699
14801 E. 42nd Street South, Suite 100
Independence, MO 64055
Telephone:    816/283-8500
Facsimile:     816/283-8501
jbacker@backerlaw.net

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF MAILING**

      I hereby certify that a true and correct copy of the above and foregoing was electronically filed with the United States District Court for the District of Kansas and served on the counsel listed below this 10th day of February, 2009, and a courtesy copy of the same was sent via facsimile.

Mr. David R. Buchanan
Mr. Derek H. MacKay
Brown & James, P.C.
1100 Main Street, Suite 1900
Kansas City, MO 64105
dbuchanan@bjpc.com
Attorneys for Defendant
Judy Overton

                                                    /s/ Joseph M. Backer
                                                    Attorney for Plaintiffs