IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAVID SLOAN et al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**BLAKE F. OVERTON et al.,** )<br>)<br>)<br>Defendants. ) | Case No: <u>08-CV-2571 JAR/DJW</u> |

### MOTION TO SUBSTITUTE MICHELLE M. SUTER, SPECIAL ADMINISTRATOR OF THE ESTATE OF BLAKE OVERTON AS PARTY TAKING THE PLACE OF BLAKE F. OVERTON A/K/A BLAKE FLEMING OVERTON (DECEASED)

COME NOW the Plaintiffs, David Sloan personally, and David Sloan as the personal representative of the Estate of Christopher Sloan**,** and for his Motion to Substitute Michelle M. Suter, Special Administrator of the Estate of Blake F. Overton as a Party Taking the Place of Blake F. Overton a/k/a Blake Fleming Overton.

IN SUPPORT of said Motion, the Plaintiff alleges and states as follows:

1. This action was filed in the United States Court for the District of Kansas on November 13, 2008. (Doc. 1).

2. Summons was properly issued to Separate Defendant Blake F. Overton on November 13, 2008. (Doc. 2).

3. An Alias Summons was subsequently issued to Separate Defendant Blake F. Overton on November 24, 2008.

4. On February 10, 2009, Plaintiff filed a Suggestion in Death on the Record indicating that Separate Defendants Blake F. Overton had passed away on January 24, 2009.

(Doc. 8).

5. On February 10, 2009, Plaintiff filed a Motion for Extension of Time to Obtain Service on Separate Defendant Blake F. Overton's Estate. (Doc. 9).

6. On February 11, 2009, the Court granted the Motion of Plaintiff to Obtain Service on Defendant Blake Overton's Estate.

7. Subsequently the Court further extended the date to obtain service on Blake Overton's Estate through and including May 15, 2009. The Court's Order entered on April 30, 2009.

8. On April 27, 2009, The District Court of Johnson County, Kansas appointed Michelle M. Suter as the Special Administrator for the Estate of Blake F. Overton. (Doc.13, Exhibit "A").

9. On April 30, 2009, the clerk issued a Summons to Michelle Suter, Special Administrator for the Estate of Blake F. Overton.

10. On May 6, 2009, the Summons was returned Executed by personal Service on Michelle M. Suter, Special Administrator for the Estate of Blake F. Overton. (Doc. 16).

11. On May 21, 2009, The Estate of Blake F. Overton filed an Answer to the Complaint. (Doc.17).

12. This Motion is being filed to substitute, formally, The Estate of Blake F. Overton for Blake F. Overton (deceased).

13. No party will suffer any prejudice if the Court sustains this Motion as service was obtained in a timely fashion, and all pursuant to the Court's Orders.

14. This Motion is being filed out of an abundance of caution, but it will certainly make it clear to the Court and Counsel that Plaintiff is pursuing his claims against Judy Overton and The Estate of Blake F. Overton.

15. In further support of this Motion, the Plaintiffs refer the Court to their Memorandum In Support which is being filed at the same time as this Motion.

WHEREFORE, the Plaintiff moves the Court for its Order Substituting Michelle M. Suter, Special Administrator of the Estate of Blake F. Overton for Blake F. Overton(deceased) as a Defendant in this case, and for such other and further relief as the Court deems just and equitable in the premises.

THE BACKER LAW FIRM, LLC

By: /s/ Joseph M. Backer
JOSEPH M. BACKER     KS14699
14801 E. 42nd Street S., Suite 100
Independence, MO 64055
Telephone:   816/283-8500
Facsimile:    816/283-8501
jbacker@backerlaw.net
ATTORNEY FOR PLAINTIFFS

3

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing was electronically filed with the United States District Court for the District of Kansas and served on the counsel listed below this 1st day of October, 2009 via facsimile.

Mr. David R. Buchanan
Mr. Derek H. MacKay
BROWN & JAMES, P.C.
1100 Main Street, Suite 1900
Kansas City, MO 64105
816-421-1183 - facsimile
dbuchanan@bjpc.com
Attorneys for Defendant Judy Overton

Mr. Leo Logan
COATES & LOGAN, LLC
6804 West 107th Street
Suite 250
Overland Park, Kansas 66212
913-381-4011 - facsimile
lll@coateslogan.com
Attorney for Estate of Blake Overton

                                        /s/ Joseph M. Backer
                                        Attorney for Plaintiffs