IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID SLOAN et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No: 08-CV-2571 JAR/DJW |
| ) | |
| BLAKE F. OVERTON et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM IN SUPPORT OF
MOTION TO SUBSTITUTE MICHELLE M. SUTER,
SPECIAL ADMINISTRATOR OF THE ESTATE OF BLAKE OVERTON
AS PARTY TAKING THE PLACE OF BLAKE F. OVERTON
A/K/A BLAKE FLEMING OVERTON (DECEASED)**

COME NOW the Plaintiffs, David Sloan personally, and David Sloan as the personal representative of the Estate of Christopher Sloan, and for their Memorandum in Support of Motion to Substitute Michelle M. Suter, Special Administrator of the Estate of Blake F. Overton as a Party Taking the Place of Blake F. Overton a/k/a Blake Fleming Overton, allege and state as follows:

1. Rule 25 of the Rules of Civil Procedure allows for the substitution of a party when another party dies. (Rule 25(a)).

2. The Plaintiffs were timely in both attempting and actually obtaining service on Michelle M. Suter, the Special Administrator for the Estate of Blake F. Overton.

3. The purpose of Rules 17 and 25 are to ensure that the real parties in interest are made aware of the litigation and to make sure that any litigation has the proper res judicata effect.

4.	That purpose will be accomplished if the Court allows this substitution as the real party in interest, the Estate of Blake F. Overton, has already been served and has already answered in this case.

5.	No party will suffer any prejudice if the Court sustains this Motion to Substitute. This Motion is being filed in an over abundance of caution, because the service has already been obtained on the proper party, the proper party has already filed an Answer and has already submitted to the jurisdiction of this honorable Court.

WHEREFORE, the Plaintiffs move the Court for its Order substituting Michelle M. Suter, Special Administrator for the Estate of Blake F. Overton, for Blake F. Overton (deceased) as a Defendant in this case, and for such other and further relief as the Court deems just and equitable in the premises.

THE BACKER LAW FIRM, LLC

By: /s/ Joseph M. Backer
JOSEPH M. BACKER        KS14699
14801 E. 42nd Street S., Suite 100
Independence, MO 64055
Telephone:	816/283-8500
Facsimile:	816/283-8501
jbacker@backerlaw.net
ATTORNEY FOR PLAINTIFFS

Case 2:08-cv-02571-JAR   Document 36   Filed 10/01/09   Page 3 of 3

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the above and foregoing was electronically filed with the United States District Court for the District of Kansas and served on the counsel listed below this 1st day of October, 2009 via facsimile.

  Mr. David R. Buchanan
  Mr. Derek H. MacKay
  BROWN & JAMES, P.C.
  1100 Main Street, Suite 1900
  Kansas City, MO 64105
  Facsimile: 816-421-1183
  dbuchanan@bjpc.com
  Attorneys for Defendant Judy Overton

  Mr. Leo Logan
  COATES & LOGAN, LLC
  6804 West 107th Street
  Suite 250
  Overland Park, Kansas 66212
  Facsimile: 913-381-4011
  lll@coateslogan.com
  Attorney for Estate of Blake Overton

             /s/ Joseph M. Backer
             Attorney for Plaintiffs

3